IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

```
SOUTHERN DISTRICT OF MISSISSIPPI
        F I L E D
        SEP 2 7 2007
       J. T. NOBLIN, CLERK
BY_____ DEPUTY
```

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 3:07cv574 TSL-JCS ) |
| LONE STAR STEAKHOUSE AND SALOON, MISSISSIPPI, INC., & LONE STAR STEAKHOUSE & SALOON, INC. | ) ) ) COMPLAINT |
| Defendants. | ) ) JURY TRIAL DEMANDED ) |

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964, as amended, and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of religion, and to provide appropriate relief to Ashlie Foster who was adversely affected by such practices. The Equal Employment Opportunity Commission (the Commission) alleges that Lone Star Steakhouse & Saloon, Mississippi, Inc. and Lone Star Steakhouse & Saloon, Inc. (Defendants) discriminated against Ashlie Foster ("Ms. Foster") by refusing to reasonably accommodate her sincerely held religious beliefs and discharging her because of her religion, Pentecostal. The claim is alleged with more particularity in paragraph eight (8) below.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 706(f)(1) and 3 of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000e-5(f)(1) and 3 and 42 U.S.C. §2000e-5(f)(1) and (3) (Title VII), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Southern District of Mississippi, Jackson Division.

**PARTIES**

3. Plaintiff, the Equal Employment Opportunity Commission, is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) of Title VII, 42 U.S.C. §2000e-5(f)(1).

4. At all relevant times, defendant Lone Star Steakhouse & Saloon, Mississippi, Inc has been a corporation continuously doing business in the State of Mississippi and continuously had at least 15 employees.

5. At all relevant times, defendant Lone Star Steakhouse & Saloon, Inc., has been a corporation incorporated in the State of Kansas, continuously serving as the Corporate headquarters for Lone Star Steakhouse & Saloon, Mississippi, controlling business operations in Mississippi, and continuously had at least 15 employees.

6. At all relevant times, Defendants have continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§2000e-(b), (g) and (h).

**STATEMENT OF CLAIMS**

7. More than thirty days prior to the institution of this lawsuit, Ms. Foster filed a charge with the Commission alleging violations of Title VII by Defendants Lone Star Steakhouse & Saloon, Mississippi, Inc. and Lone Star Steakhouse & Saloon, Inc. All conditions precedent to the institution of this lawsuit have been fulfilled.

8. From on or about March 16, 2006 until March 21, 2006, Defendants engaged in unlawful employment practices at it Pearl, Mississippi facility, in violation of Section 703 (a) (1) of Title VII, 42 U.S.C. §2000e-2(a) (1), when they failed to accommodate Ashlie Foster's request that she be allowed to wear shorts or pants because of her sincerely held religious belief that she should not wear manly clothing. Ms. Foster reported for work on or about March 21, 2006 in a skirt and was discharged that same day. Ms. Foster was denied a reasonable religious accommodation and discharged because of her religion, Pentecostal.

9. The effect of the practices complained of in paragraph eight (8) above has been to deprive Ms. Foster of equal employment opportunities.

10. The unlawful employment practices complained of in paragraph eight (8) above were intentional.

11. The unlawful employment practices complained of in paragraph eight (8) above were done with malice or with reckless indifference to Ms. Foster's federally protected rights.

## **PRAYER FOR RELIEF**

WHEREFORE, the Commission respectfully requests that his Court:

A. Grant a permanent injunction enjoining the Defendants, its officers, successors, assigns and all persons in active concert or participation with it from engaging in any employment practices which discriminate on the basis of religion.

B. Order Defendants to institute and carry out policies, practices and programs which provide equal employment opportunities for all employees, and which eradicate the effects of its past and present unlawful employment practices.

C. Order the Defendants to make any affirmative relief necessary to eradicate the effects of its unlawful employment practices.

D. Order Defendants to make whole Ashlie Foster by providing compensation for past and future pecuniary losses, in amounts to be determined at trial.

E. Order Defendants to make whole Ashlie Foster by providing compensation for non-pecuniary losses, including emotional pain, suffering, loss of enjoyment of life, and humiliation, in amounts to be determined at trial.

F. Order Defendants to pay punitive damages to Ashlie Foster in amounts to be determined at trial.

G. Grant such further relief as the Court deems necessary and proper.

H. Award the Commission its costs in this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial.

Respectfully submitted,

RONALD COOPER
General Counsel

JAMES LEE
Deputy General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
1801 "L" Street, N.W.
Washington, D.C. 20507

_C. Emanuel Smith_
C. EMANUEL SMITH (MS # 7473)
Regional Attorney

_Julie S. Lee_
JULIE LEE (DC #433292)
Supervisory Trial Attorney

*Ermea J Russell*
ERMEA J. RUSSELL (MS # 5739)
Senior Trial Attorney

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Birmingham District Office
1130 22nd Street South, Suite 2000
Birmingham, AL 35205-2886
Telephone: (205) 212-2062